UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                             CASE NO.: 16-21733-lmi
                                                   CHAPTER 13

OPHELIA HAMILTON,

    Debtor,

_____/

### AMENDED RESPONSE TO OBJECTION TO CLAIM OF NATIONSTAR MORTGAGE,LLC

NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Objection to Claim of Nationstar Mortgage LLC ("Objection"), and in support thereof states as follows:

1. Secured Creditor holds an interest in Debtor's real property located at 3011 North West 171st Street, Miami Gardens, FL 33056.

2. Secured Creditor timely filed its Proof of Claim, Claim No. 3-1, on March 24, 2017.

3. Pursuant to Rule 3001, Federal Rules of Bankruptcy Procedure, a proof of claim executed and filed in accordance with Rule 3001 shall constitute prima facie evidence of the validity and amount of the claim.

4. On May 2, 2017 Debtor filed an Objection stating the Final Judgment of Foreclosure entered in the State foreclosure action acts as res judicata with regard to the pre-petition fees. As a result, the pre-petition arrears should be reduced to $4,358.67. The loan was called due on 9/15/2015 meaning the total loan balance is due. The

default listed on the POC prior to 9/15/2015 at $13,378.29 is rolled in into the total unpaid principal balanceand is not broken down. The amount listed at $3,136.00 insurance and $1,222.67 taxes posted after Call Due status. An additinoal amount posted on 11/8/16 in the amount of $2,979.00 resulting in a total default of $20,439.91.

5. It is Secured Creditor's position that the bankruptcy effectively decelerates the loan since the Debtor is not redeeming the Final Judgment in the Chapter 13 bankruptcy. As a result, any additional fees incurred post-final judgment and prior to the filing of the bankruptcy, are to be included in Secured Creditor's proof of claim.

6. Secured Creditor asserts that the Proof of Claim filed (3-1) is an accurate reflection of the loan as of the date of the filing of Debtor's bankruptcy.

7. Secured Creditor therefor requests that this Court allow the claim to remain as filed.

8. Secured Creditor reserves the right to amend its response prior to the hearing on this matter.

WHEREFORE, Secured Creditor respectfully requests entry of an Order Denying Debtor's Objection to Proof of Claim 3-1, allowing Claim 3-1 in its entirety and granting any and for such other and further relief as the Court may deem just and property.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ *Vanessa D. Torres*_____
Vanessa D. Torres, Esquire
Email: vdtorres@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 1, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Ophelia Hamilton
3011 NW 171st Street
Miami Gardens, FL  33056

Jacqueline C. Ledon, Esq.
4343 West Flagler Street, Suite 100
Miami, FL  33134

Nancy K. Neidich, Esq.
Post Office Box 279806
Miramar, FL  33027

Office of the United States Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL  33130

> ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
> Attorney for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-241-1969
> By: /s/ *Vanessa D. Torres*
> Vanessa D. Torres, Esquire
> Email: vdtorres@rasflaw.com